911 A.2d 64

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DARRYL A. HAMMARY, DEFENDANT–
PETITIONER.

November 9, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

911 A.2d 65

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. J.R., DEFENDANT–PETITIONER.

November 9, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005) and *State v. Thomas* 188 *N.J.* 137, 902 *A.*2d 1185 (2006).

911 A.2d 65

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
RAMON SANCHEZ, DEFENDANT–PETITIONER.

November 9, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light